

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2020

No. 04-20-00511-CV

**IN THE INTEREST OF A.M.M., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02102
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on November 23, 2020. On November 22, 2020, appellant filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id*.

The motion is GRANTED, and appellant's brief must be filed no later than December 14, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court